Allen Wolfson
03430-018
Metropolitan Detention Center
P.O.BOX 329002
Brooklyn New York 11232

RECEIVED CLERK

FILED
U.S. DISTRICT COURT

FEB 2 0 2007

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE CENTRAL DIVISION
OF UTAH

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

| | |
|---|---|
| Allen Wolfson,Approximately 620 John Does<br><br>vs<br><br>Securities Excahnge Commission<br>United states of America<br>Holland & Hart LLP<br>Richard Clayton individually<br>Thomas Melton individually<br>David Esseks individually<br>Michael Garcia individually<br>Christopher Bruno individually<br>Gino Carlucci individually<br>Robert Hotz | Case No.<br>LAWSUIT TO RECOVER DAMAGES FOR<br>THE DESTRUCTION OF STEM GENETICS<br><br>**Judge Tena Campbell**<br>**DECK TYPE: Civil**<br>**DATE STAMP: 04/05/2007 @ 11:02:10**<br>**CASE NUMBER: 2:07CV00219  TC** |

DAMAGES FOR THE INTENTIONAL VIOLATION OF THE SHAREHOLDRES OF
STEM GENETICS INC.EQUAL PROTECTION OF THE LAW OR EQUAL
PRIVELEGES UNDER THE LAWS,

The plaintiff Allen Wolfson a resident of Utah and the approximately
620 John Does who are residents of foreign countries as well as the
United States are entitled to releif and the Federal Court is authorized
by 28 U.S.C. §§ 1331 which gives the court jurisdiction of all civil
actions under constitution laws or treaties of the United States.The
jurisdiction extends generally to actions of federal agencies against
persons who conspire to obstruct due course of jsutice with the intent
to deny citizens the equal protection of the laws or to harm a citizen
for enforcing or attempting to enforce the right to equal protection.

The Federal Court is also authorized by 28 U.S.C. §§ 1332 which
gives the court jurisdiction of all civil actions for claims in
excess of 75,000 dollars.

-1-

In addition 42 U.S.C. §§ 1985(3) provides for damage acitons against persons who conspires for the purpose of depriving any person of the equal protection of laws or equal priveleges under the laws. 42 U.S.C.§§ 1986 provides for damage liability for any one who having knowledge that a 42 U.S.C.§§ 1985 is about to be committed does nothing about it.

Defendants are involved in a conspiracy to falsely imprison Allen Wolfson and destroy STem Genetics.

David Esseks worked with the Securities and Excahnge Commission to get them to file a civil lawsuit against Allen Wolfson. This lawsuit was used by DAvid Esseks to present to the Grand Jury that Allen Wolfson had violated the securities laws of the Untied States and thus Daivd Esseks was to indict Allen Wolfson knowing that plaintiff had not violated th securities laws and the indictment failed to charge plaintiff with a crime. David Esseks entered into a conspiracy with Chris Brun to intentionally allow plaintiff to be convicted of something that was not a crime.

Daivd Esseks was to conspire with all of the defendants to setze any assets that plaintiff Allen Wolfson owned. This was done so that plaintiff would not have any assets to post bond. The Securities and Exchange Commisssion was to bring charges against Davide Wolfson and others chargining that the Securities Laws were violated Because Stem Genetics entered into a contract to sell 10 million shares to First Charter Corporation and those shares were resold to individual investors at about 5.75 dollars a share. The Securities and Exchange Commission and the other defendants all knew that jurisdiction was not in the courts of the United States of America. District Court Judge Dale Kimball violated the rights fo all Stem Genetics share-holders and allowed Richard Clayton to liquidate all the funds and

-2-

shut down Stem Genetics Inc. contending that the reason that the company was closed was because of the ilegal activities of David Wolfson and others. This intentional destruction of Stem Genetics Inc. by the defendants was part of a scheme to destroy Allen Wolfson and the shareholders eqity in Stem Genetics Inc. District Court Judge Dale Kimball new or should have known that he had no jurisdiction for the sell of Reg S stock to foreigners. In fact the court knew that Reg S. stock is not even considered a security in the United States of America. The Securities and Exchange Commission and the defendants all violated the laws of the United States and the rights of all the shareholders of STem Genetics.Inc.

The defendants were to illegally couse all of Allen Wolfson's assets to be seized and sold. Plaintiff was not a part of the lawuit in Diatrict Court Judge Dale Kimball's court room. Plaintiff was to file several motions to intervene in that case. The District Court Judge Dale Kimball was to deny him interventtion even though the assets that the Securities and Exchange Commission were selling belong to Allen Wolfson and some of the assets belonged to the shareholders of Stem Genetics Inc.

Plaintiff and the other John Does have suffered finacial losses because of the unlawful conduct of defendants. Becuase of defendants abuse and theft of property,plaintiff and the shareholders of Stem Genetics Inc. have been subject to a violation of there constitutional rights to due process and equal protection of laws or equal priveleges under the laws of the United States of America.

CLAIM FOR RELIEF AND DEMANDS FOR JUDEMENT:

Plaintiff Allen Wolfson and approximately 620 shareholders of

Stem Genetics Inc. ask the ocurt for a jury trial. Plaintiff's ask that defendants pay 7 dollars a share for all the shares of Stem genetics Inc. Also asks that the defendants pay Allen Wolfson the market value of his assets which is approximately 150 million dollars and could be as much as 1 Billion dolars. this is in addition to the 10 million shres of Stem Genetics Inc. taht Allen Wolfson owned. the defendants have violated the shareholders rights of Stem Genetics Incl. constitutional rights and caused extensive financial harm to Allen Wolfson and all of the shareholders of Stem Genetics. Plaintiff asks that all attorneys representing the Securities and Exchange Commission and the Untied States of America in these illegal acitons have there license to practice law be permanently suspended in the Untied States.

Respectfully,

*Allen Wolfson*

Allen Wolfson

-4-